FILED

DEC 14 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS MARIE BLACKSMITH,<br><br>Defendant. | CR 18-32-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, AVIS MARIE BLACKSMITH shall be released from the custody of the U.S. Marshals Service on **Monday, December 17, 2018 at 8:00 a.m.**

DATED this 14th day of December, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1